UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter Of:

**SHERAFGUN BHATTI &**          *Case No.: 14-51514-PJS*
**IRAM NAZIR**          *Chapter 7*
         *Honorable PHILLIP J. SHEFFERLY*

_____Debtor (s)_____/

## NOTICE OF UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $22,109.31 represents the total sum of unclaimed dividends in this estate to date and is paid to the Court pursuant to 11 U.S.C. §347(a). The name(s) and address(es) of the Party(ies) entitled to these unclaimed dividends is (are) as follows:

| CREDITOR NAME | CLAIM NO: | AMOUNT OF DIVIDEND |
|---|---|---|
| SHERAFGUN BHATTI & IRAM NAZIR | N/A (RETURN OF SURPLUS FUNDS TO DEBTORS) | $22,109.31 |

Dated: June 15, 2020

/s/ WENDY TURNER LEWIS
Chapter 7 Trustee
444 W. Willis, Suite 101
Detroit, MI 48201
313/832.5555
wtlewis@ameritech.net
P39505